# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Teresa M. Beck | ) ) ) |
| Plaintiff | |
| vs. | ) Case Number: 12-3133 ) |
| American Honda Finance Corporation, *dba* Honda Financial Services | ) ) ) |
| Defendant | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff on Count I with statutory damages of $1,000 imposed.

   **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant on Counts II and III of Plaintiff's Amended Complaint.

**Dated: 2/5/2016**

                                                      s/ Kenneth A. Wells
                                                      Kenneth A. Wells
                                                      Clerk, U.S. District Court