Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| Teresa M. Beck | ) |
| --- | --- |
| Plaintiff | ) ) |
| vs. | ) Case Number: 12-3133 |
| American Honda Finance Corporation, *dba* Honda Financial Services | ) ) ) |
| Defendant | |

### AMENDED JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff on Count I with statutory damages of $1,000 imposed.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant on Counts II and III of Plaintiff's Amended Complaint.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant for an award of costs of $1,017.85.

**Dated: 4/20/2016**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court