E-FILED
Friday, 22 April, 2016  09:26:31 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD (URBANA) DIVISION

| | | |
|---|---|---|
| TERESA M. BECK, | ) | |
| | ) | |
| v. | ) | 3:12-cv-3133-EIL |
| | ) | Mag. Judge Eric Long |
| AMERICAN HONDA FINANCE | ) | |
| CORPORATION d/b/a/ HONDA | ) | |
| FINANCIAL SERVICES, | ) | |
| | ) | |
| Defendant | ) | |

## MOTION FOR LEAVE TO APPEAL

    Plaintiff seeks leave to appeal.  Plaintiff filed a motion for a new trial and a motion for sanctions following the final judgement entered Friday, 05 February, 2016 and both were denied.  The appeal is based on the reasons set forth in the aforementioned motions and the forthcoming trial transcript.  Plaintiff has requested the trial transcript on 3 prior occasions, but each was denied for various reasons.  Plaintiff has renewed her motion for a trial transcript and has filed it concurrently.  Also attached to this motion is plaintiff's In Forma Pauperis application.

Respectfully submitted,


Teresa Beck
25071 E 8th Rd
Harvel, IL  62538

1

(217) 741-1909
teresa.beck@live.com


I, Teresa Beck, hereby certify defense will receive a copy via electronic mail,

PACER, when filed.


X _____
Teresa Beck

Signed by: Teresa Beck